UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANA SOLDANO MAGRANER, | Case No.: 22-cv-5394 (ENV/SJB) |
| Plaintiff, | STIPULATION OF DISMISSAL |
| -against- | |
| ENDEAVOR AIR, INC. d/b/a DELTA CONNECTION and DELTA AIR LINES, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties to the captioned action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above action is hereby discontinued with prejudice and without costs to any party as against the other pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This stipulation may be filed without notice with the Clerk of the Court, and a facsimile or copy thereof shall have the same force and effect as the original.

Dated: Locust Valley, New York
May 19, 2023

| | |
|---|---|
| Abram I. Bohrer, Esq. | Douglas Shearer, Esq. |
| Bohrer & Lukeman | Shearer PC |
| 5 Columbus Circle, Suite 1501 | 90 Forest Avenue |
| New York, New York 10019 | Locust Valley, New York 11560 |
| (212) 406-4232 | (516) 750-8500 |
| Abe@flightinjury.com | Doug@Shearerpc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1

So-Ordered:

_____
United States District Court Judge