UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANA SOLDANO MAGRANER, | Case No.: 22-cv-5394 (ENV/SJB) |
| Plaintiff, | STIPULATION OF DISMISSAL |
| -against- | |
| ENDEAVOR AIR, INC. d/b/a DELTA CONNECTION and DELTA AIR LINES, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties to the captioned action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above action is hereby discontinued with prejudice and without costs to any party as against the other pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This stipulation may be filed without notice with the Clerk of the Court, and a facsimile or copy thereof shall have the same force and effect as the original.

Dated: Locust Valley, New York
May 19, 2023

Abram I. Bohrer, Esq.
Bohrer & Lukeman
5 Columbus Circle, Suite 1501
New York, New York 10019
(212) 406-4232
Abe@flightinjury.com
*Attorneys for Plaintiff*

Douglas Shearer, Esq.
Shearer PC
90 Forest Avenue
Locust Valley, New York 11560
(516) 750-8500
Doug@Shearerpc.com
*Attorneys for Defendants*

1

So-Ordered:

**Application Granted
SO ORDERED
Brooklyn, New York
Dated:** 6/14/2023

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano
United States District Judge**

United States District Court Judge

The Clerk is directed to close this case.